THE SAVINGS INSTITUTE *v.* DAVID R. WAGNER ET AL.
(11978)

DALY, LANDAU and HEIMAN, Js.

Argued June 10—decision released July 6, 1993

*David R. Wagner,* pro se, the appellant (named defendant).

*Steven A. Tomeo,* for the appellee (plaintiff).

PER CURIAM. We have carefully reviewed the record and briefs in this matter and find that the trial court properly applied General Statutes § 49-31 (f) when it determined that the defendants are ineligible for protection from foreclosure.

The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.